# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES MARION BRADY,

     Appellant,

 v.

     Case No.  5D22-2560
     LT Case No. 2015-DR-002916-FC

AMANDA LEE POTE,

     Appellee.

_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Marion County,
Jennifer Bass, Judge.

James M. Brady, East Palatka, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., BOATWRIGHT and KILBANE, JJ., concur.